# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYODEJI O. BAKARE, M.D.,<br>　　　　Plaintiff, | NO. 1:03-CV-1098 |
| vs. | |
| PINNACLE HEALTH HOSPITALS, INC.; PINNACLE HEALTH SYSTEM; ROGER LONGENDERFER; BARRY B. MOORE; DANA KELLIS; RICHARD C. SENACA; CARL BRONITSKY; and DAVID J. EVANS,<br>　　　　Defendants. | CIVIL ACTION – Law<br><br>JURY TRIAL DEMANDED<br><br>(Judge Christopher C. Conner) |

## ORDER

AND NOW, this 6th day of January, 2006, upon consideration of the uncontested motion of Defendants Roger Longenderfer, M.D., Dana Kellis, M.D., Carl Bronitsky, M.D., Barry B. Moore, M.D., and David J. Evans, M.D., for leave of court to be excused from the pretrial conference, it is ORDERED that the motion is granted and Roger Longenderfer, M.D., Dana Kellis, M.D., Carl Bronitsky, M.D., Barry B. Moore, M.D., and David J. Evans, M.D., are excused from attendance at the pretrial conference.

BY THE COURT:

Christopher C. Conner, J.