IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AYODEJI O. BAKARE, M.D.,** | : | CIVIL ACTION NO. 1:03-CV-1098 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PINNACLE HEALTH HOSPITALS, INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of January, 2006, upon consideration of defendants' unopposed motion (Doc. 123) to strike specific paragraphs of plaintiff's affidavit,[1] see L.R. 7.6 ("Any respondent who fails [to file a brief in opposition] shall be deemed not to oppose such motion."), and it appearing that the paragraphs at issue are not based on personal knowledge, would not be admissible into evidence, or are assertions of which plaintiff is not competent to testify, see FED. R. CIV. P. 56(e) ("Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein."), it is hereby ORDERED that the motion (Doc. 123) to strike specific paragraphs of plaintiff's affidavit is GRANTED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The affidavit was submitted in opposition to defendants' motions for summary judgment.