# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AYODEJI O. BAKARE, M.D.,** | : | CIVIL ACTION NO. 1:03-CV-1098 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PINNACLE HEALTH HOSPITALS, INC., et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of January, 2006, upon consideration of the order of court dated January 9, 2006 (Doc. 153), granting, as unopposed, defendants' motion (Doc. 123) to strike specific paragraphs of plaintiff's affidavit, see L.R. 7.6 ("Any respondent who fails [to file a brief in opposition] shall be deemed not to oppose such motion."), and it appearing that plaintiff filed a brief in opposition to the motion, but that the brief was inadvertently deleted from the docket, it is hereby ORDERED that:

1. The order of court dated January 9, 2006 (Doc. 153) is VACATED.

2. Plaintiff shall re-file his brief in opposition to defendants' motion to strike (Doc. 123) on or before 12:00 p.m. on January 11, 2006.

3. Defendants shall be permitted to file a brief in reply on or before January 26, 2006.

       /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge