IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYODEJI O. BAKARE, M.D.,** : | **CIVIL ACTION NO. 1:03-CV-1098** |
| : | |
| Plaintiff : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **PINNACLE HEALTH HOSPITALS,** : | |
| **INC., et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 24th day of August, 2006, upon consideration of defendants' motions *in limine* (Docs. 189, 190) to preclude the expert testimony of Andrew C. Verzilli, Andrew G. Verzilli, and Stuart Z. Dershaw, arguing, *inter alia*, that the experts' testimony on the antitrust claims is irrelevant and that the Verzillis' calculations of common law damages are irrelevant, unreliable, or lacking a factual basis, and it appearing that the order of court dated August 24, 2005 (Doc. 193) granted summary judgment in favor of defendants on the antitrust, tortious interference with contract, and breach of contract claims, and that the remaining defamation claim is not implicated by the instant motions, it is hereby ORDERED that defendants' motions *in limine* (Docs. 189, 190) are DENIED as moot, without prejudice to defendants' right to file motions *in limine* specifically addressing the remaining defamation claim.[1]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The deadline for filing motions *in limine* with supporting briefs is Tuesday, September 5, 2006.  (See Doc. 186.)