IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYODEJI O. BAKARE, M.D.,** | : CIVIL ACTION NO. 1:03-CV-1098 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **PINNACLE HEALTH HOSPITALS, INC., et al.,** | : |
| Defendants | : |

## ORDER

AND NOW, this 14th day of September, 2006, upon consideration of plaintiff's motion (Doc. 198) for reconsideration or, in the alternative, for certification of the interlocutory order of court dated August 24, 2006 (Doc. 193) pursuant to 28 U.S.C. § 1292, and it appearing that a pretrial conference is currently scheduled for October 4, 2006 (see Doc. 188), that jury selection is currently scheduled for October 10, 2006 (see Doc. 172), and that resolution of the pending motion constitutes "good cause" for a continuance of this schedule, see FED. R. CIV. P. 16(b) it is hereby ORDERED that:

1. The pretrial and trial schedule is STAYED pending disposition of the motion (Doc. 198) for reconsideration or, in the alternative, for certification of the interlocutory order of court dated August 24, 2006 (Doc. 193) pursuant to 28 U.S.C. § 1292.

2. A revised pretrial and trial schedule will issue by future order of court.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge