### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AYODEJI O. BAKARE**, M.D., | : | **CIVIL ACTION NO. 1:03-CV-1098** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PINNACLE HEALTH HOSPITALS,** | : | |
| **INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 27th day of September, 2006, upon consideration of

plaintiff's motion (Doc. 198) for reconsideration or, in the alternative, for

certification of the interlocutory order of court dated August 24, 2006 (Doc. 193)

pursuant to 28 U.S.C. § 1292, and the court finding that the motion, which contains

detailed legal and factual arguments, is properly deemed a motion *and* brief in

support thereof,[1] it is hereby ORDERED that:

1. Defendants shall file, on or before October 12, 2006, a brief in opposition to the instant motion (Doc. 198). See L.R. 7.6.

2. Plaintiff shall be permitted to file, on or before October 26, 2006, a brief in reply. See L.R. 7.7.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

_____

[1] In future filings with the court, plaintiff shall file a separate brief in support of any motion, unless otherwise instructed by the local rules. See L.R. 7.5.